**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6660**

─────────────

MARION WESLEY CARTER, JR.,

                              Petitioner - Appellant,

        versus

D. T. MAHON, Warden,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-96-888)

─────────────

Submitted: August 13, 1998          Decided: September 3, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Marion Wesley Carter, Jr., Appellant Pro Se. William W. Muse, Assistant Attorney General, Lance Bradford Leggitt, Vaughan Christopher Jones, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Carter v. Mahon, No. CA-96-888 (E.D. Va. Apr. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2